**RANDY TANNER**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**101 E. Front, Suite 401**
**Missoula, MT   59802**
**Phone:   (406) 542-8851**
**FAX:   (406) 542-1476**
**E-mail:   randy.tanner@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**BRYANT MIKKELSON,**<br><br>Defendant. | **CR-25-89-GF-BMM-JTJ**<br><br>**INFORMATION**<br><br>**FAILURE TO REPORT TAKING OF GRIZZLY BEAR**<br>(Count 1)<br>Title 16 U.S.C. § 1538(a)(1)(G);<br>Title 16 U.S.C. § 1540(b)(1)<br>50 C.F.R. § 17.40(b)(1)(i), (ii)<br>(Penalty: 6 months of imprisonment, $25,000 fine) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

That on or about May 27 and 28, 2025, in Choteau County, in the State and District of Montana, the defendant, BRYANT MIKKELSON, after taking a grizzly bear *(Ursus arctos horribilis)*, a threatened species, under the circumstances described in 50 C.F.R. § 17.40(b)(1)(i), (ii), failed to report the taking of the grizzly bear to the Resident Agent in Charge, Office of Law Enforcement, U.S. Fish and Wildlife Service, and his designee, including appropriate state and tribal authorities, within five (5) days, all in violation of 16 U.S.C. § 1538(a)(1)(G); 16 U.S.C. § 1540(b)(1); and 50 C.F.R. § 17.40(b)(1)(i), (ii).

DATED this 30th day of July 2025.

KURT G. ALME
United States Attorney

_____
RANDY TANNER
Assistant U.S. Attorney

_____
For KURT G. ALME
United States Attorney

_____
(for) CYNDEE L. PETERSON
Criminal Chief and Assistant U.S. Attorney